■ C. DOUGLAS WEBB, as Administrator of the Estate of NANNY SWAN-TEE, Deceased, Appellant, v JEAN SWANTEE et al., Respondents.—Order, Surrogate's Court, New York County, entered on December 23, 1975, unanimously affirmed for the reasons stated by Midonick, S., without costs and without disbursements. Concur—Kupferman, J. P., Birns, Capozzoli, Lane and Yesawich, JJ.

■ ARTHUR R. ENGLISH, Respondent, v U. S. PLYWOOD-CHAMPION PAPERS, INC., et al., Appellants.—Order, Supreme Court, New York County, entered January 27, 1976, unanimously reversed, in the exercise of discretion, and plaintiff-respondent's motion for an advisory jury denied, with $40 costs and disbursements to appellants. The suit is for declaratory judgment in respect of plaintiff's rights under the pension plan of his former employer after he had changed employment. The issue was whether plaintiff had exhausted his remedies under the plan and whether a final determination of his rights thereunder had been made by its administrators. It is claimed that plaintiff started this action prematurely without awaiting such a determination. There was no need for an advisory jury and it was thus an abuse of discretion for it to have been ordered. Concur—Markewich, J. P., Murphy, Silverman, Capozzoli and Lane, JJ.

■ MURIEL COLEMAN, Respondent, v MYAVIVA KNITS, LTD., Defendant, and SIDNEY ISER et al., Appellants.—Order, Supreme Court, New York County, entered on September 12, 1975, granting plaintiff partial summary judgment, unanimously affirmed, with $60 costs and disbursements to respondent. In this action charging appellants with misapplication of corporate assets, the record supports Special Term's findings (decision dated June 30, 1975) that appellants at the least issued checks on the corporate account totaling $10,754.27, in payment of noncorporate obligations. Summary judgment was properly granted. Concur—Kupferman, J. P., Lupiano, Birns, Silverman and Nunez, JJ.